IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Daniel Malsch<br>        Debtor(s) | Chapter 13 Proceeding<br><br>5-17-03339 JJT |
| Citizens Bank of Pennsylvania<br>        Movant<br><br>v.<br><br>Daniel Malsch<br>and<br>Charles J. DeHart, III, Esquire<br>        Respondent | |

**ORDER**

Upon consideration of Citizens Bank of Pennsylvania's Motion for Adequate Protection it is hereby ORDERED AND DECREED that Debtors shall make monthly adequate protection payments to Citizens Bank of Pennsylvania in the amount of $845.00 effective March 1, 2018 and continuing until the property located at 4792 Coolbaugh Road n/k/a 5348 Spruce Lane, East Stroudsburg, PA 18301 is sold and Citizens Bank of Pennsylvania's mortgage loan is paid in full or until the Plan is amended to provide for the payment of monthly post-petition mortgage payments to Citizens Bank of Pennsylvania, whichever occurs first.

Dated: February 08, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (PAR